```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :    INDICTMENT
                                   :
         - v. -                    :    08 Cr.
                                   :
PEDRO IRIZARRY,                    :
  a/k/a "Chico,"                   :
                                   :
         Defendant.                :
                                   :
- - - - - - - - - - - - - - - - - x
```



**08 CRIM 485**

## COUNT ONE

The Grand Jury charges:

1. On or about September 6, 2007, in the Southern District of New York, PEDRO IRIZARRY, a/k/a "Chico," the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 9, 1991, in New York Supreme Court, Westchester County, for Attempted Criminal Possession of a Weapon in the Third Degree, in violation of New York Penal Law 265.02, a Class E felony, unlawfully, willfully, and knowingly did possess, in and affecting commerce, a firearm, to wit, a .32 caliber Davis Industries semiautomatic pistol, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

COUNT TWO

The Grand Jury further charges:

2. On or about October 17, 2007, in the Southern District of New York, PEDRO IRIZARRY, a/k/a "Chico," the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 9, 1991, in New York Supreme Court, Westchester County, for Attempted Criminal Possession of a Weapon in the Third Degree, in violation of New York Penal Law 265.02, a Class E felony, unlawfully, willfully, and knowingly did possess, in and affecting commerce, a firearm, to wit, a loaded .22 long rifle Harrington and Richardson revolver, and ammunition, to wit seven .22 caliber Remington bullets, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                        MICHAEL J. GARCIA
                                  United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PEDRO IRIZARRY,
a/k/a "Chico,"

Defendant

### INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1).)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.