DOC #:
DATE FILED: 7/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

UNITED STATES OF AMERICA    :

    - v. -    :

Pedro Irizarry,    :

        Defendant.    :
------------------------------------------------------X

STIPULATION

08 Cr. 485 (JES)

It is hereby stipulated between the parties that an adjournment of the pre-trial conference

scheduled for July 8, 2008 at 3:00 is required in order to provide effective assistance of counsel.

The parties agree that an exclusion of time under the Speedy Justice Act is proper, and that the

ends of justice are served by such a continuance and outweigh the best interest of the public and

Mr. Irizarry in a speedy trial. The new pre-trial conference date will be July 29, 2008 at 3:00.


_____
Martin Cohen
Attorney for Pedro Irizarry
Tel: 212-417-8737
Fax: 212-571-0392

_____
Glenn Kopp
Assistant United States Attorney
Tel: 212-637-2210
Fax: 212-637-2527


SO ORDERED:

_____
U.S.D.J.

7-10-08